1  Charles C.H. Wu, SBN 166756 cchwu@wclawyers.com
   Mark H. Cheung, SBN 150690 markcheung@msn.com
2  Vikram M. Reddy, SBN 228515 vreddy@wclawyers.com
   **WU & CHEUNG, LLP**
3  98 Discovery
   Irvine, California 92618-3105
4  Telephone: (949) 251-0111

5  Attorneys for Defendant and
   Counterclaimant K2 Motor Corp.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11 | LUNG SHENG IND. CO., LTD., a        | CASE NO. 4:11-CV-02036-PJH |
   | Limited Company in Taiwan,          |                            |
12 |                                     |                            |
   |         Plaintiff,                  |                            |
13 |                                     |                            |
   |    vs.                              | **[PROPOSED] ORDER ON JOINT** |
14 |                                     | **STIPULATION TO CONTINUE** |
   | SPYDER, INC., a California          | **INITIAL CASE MANAGEMENT** |
15 | Corporation, K2 MOTOR CORP., a      | **CONFERENCE**             |
   | California Corporation,             |                            |
16 | INTEGRATED STRATEGIC RESOURCES,     |                            |
   | INC. a California Corporation,      |                            |
17 | OPTION GROUP, INC., a California    |                            |
   | Corporation, SONIC LIGHTING,        |                            |
18 | INC., a California Corporation,     |                            |
   | and DOES 1-10,                      |                            |
19 |                                     |                            |
   |         Defendants.                 |                            |
20 |                                     |                            |
   | AND RELATED COUNTERCLAIMS           |                            |
21

22                                  **ORDER**

23     GOOD CAUSE APPEARING,

24     The Initial Case Management Conference currently scheduled to take

25 place at 2:00 p.m. on August 11, 2011, in Courtroom 3, 3rd Floor,

26 Oakland Division, at 1301 Clay Street, Oakland, California (Federal

27 Building), before the Hon. Phyllis J. Hamilton, shall be continued to

28 September 1, 2011, in the same department at the same time. (or

-1-
**ORDER ON JOINT STIPULATION TO CONTINUE INITIAL CASE MGMT. CONF.**
J:\K2 Motor.1472\Lung Sheng\Pleadings\Prop Order on Joint Stip to Continue CMC.wpd

1
2  ~~alternatively,~~ _____).
3
4       IT IS SO ORDERED.
5
6  Dated: __August 8_____, 2011      _____
7                                          United States District Court Judge
                                           **IT IS SO ORDERED**
                                           Judge Phyllis J. Hamilton

-2-
**ORDER ON JOINT STIPULATION TO CONTINUE INITIAL CASE MGMT. CONF.**
J:\K2 Motor.1472\Lung Sheng\Pleadings\Prop Order on Joint Stip to Continue CMC.wpd