| INHOUSE CO. LAW FIRM | INHOUSE CO. LAW FIRM | ARI LAW, P.C. |
|---|---|---|
| Alexander Chen, Esq., | Ali Kamarei, Esq., | Ali Aalaei, Esq., |
| CA SBN 245798 | CA SBN 175977 | CA SBN 254713 |
| Yard House Restaurants Bldg | Knight Ridder Bldg | 22 Battery St., S 1000 |
| 7700 Irvine Center Drive, S 800 | 50 W. San Fernando S 900 | San Francisco, CA 94111 |
| Irvine, CA 92618 | San Jose, CA 95113 | Telephone:(415) 357-3600 |
| Telephone:(949) 250-1555 | Telephone:(408) 918-5393 | Facsimile: (415) 357-3602 |
| Facsimile: (714) 882-7770 | Facsimile: (408) 918-5373 | |
| E-mail:alexc@inhouseco.com | E-mail:alik@inhouseco.com | E-mail:ali@arilaw.com |

Attorneys for Plaintiff,
*Lung Sheng Ind. Co, LTD*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUNG SHENG IND. CO., LTD, a limited company in Taiwan, <br><br> Plaintiff. <br><br> v. <br><br> SPYDER, INC., a California corporation, K 2 MOTOR CORP., a California corporation, INTEGRATED STRATEGIC RESOURCES INC, a California corporation, OPTION GROUP, INC., a California corporation, SONIC LIGHTING, INC., a California corporation, and DOES 1-10. <br><br> Defendants. | Case No. 4:11-CV-02036 (PJH) <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT INTEGRATED STRATEGIC RESOURCES, INC.** <br><br> **Judge:** Hon. Phyllis J. Hamilton |

COMES NOW Plaintiff Lung Sheng Ind. Co. Ltd. by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby voluntarily dismisses Defendant Integrated Strategic Resources, Inc. from this action. This notice has been submitted prior to Integrated Strategic Resources, Inc. having filed an answer or motion for summary judgment in this case.

                                              Respectfully submitted,

DATED: October 31, 2011                         By:    __/s/ Alexander Chen_____

                                                                                    Alexander Chen, Esq.
                                                                                    INHOUSE CO. LAW FIRM
                                                                                    Knight Ridder bldg
                                                                                    50 W. San Fernando S 900
                                                                                    San Jose, CA 95113
                                                                                    Tel: (408) 918 5393
                                                                                    Fax:(408) 918 5373
                                                                                    email: alexc@inhouseco.com
                                                                                    *Attorney for Lung Sheng Ind. Co, LTD*.

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT INTEGRATED STRATEGIC RESOURCES, INC.**
4:11-CV-02036 (PJH)                            2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF filing system.

DATED this 31st day of October, 31, 2011.

/s/ Katja M. Grasso
Katja M. Grasso