Alexander Chen (SBN245798)
INHOUSE CO. LAW FIRM
7700 Irvine Center Dr., Ste. 800
Irvine, CA 92618
(949) 250-1555
Fax: (714) 882-7770
email: alex@inhouseco.com


Appearing for Plaintiff
Lung Sheng Ind. Co., Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUNG SHENG IND. CO. LTD., a
limited company in Taiwan

          Plaintiffs,

      v.

SPYDER, INC., a California
corporation, INTEGRATED STRATEGIC
RESOURCES, INC., a California,
corporation, OPTION GROUP, INC.,
a California corporation, SONIC
LIGHTING, INC., a California
corporation, and DOES 1-10

          Defendants.

CASE NO. 4:11-CV-02036 (PJH)

STIPULATION DISMISSING SONIC
LIGHTING, INC. FROM AMENDED
COMPLAINT

IT IS HEREBY STIPULATED by and between Sonic Lighting, Inc.

and Lung Sheng Ind. Co. Ltd. through their respective attorneys

of record that Lung Sheng Ind. Co. Ltd. may and does hereby

STIPULATION DISMISSING SONIC LIGHTING 4:11-CV-02036(PJH)

1

1

**CERTIFICATE OF SERVICE**

2

3

4

5

6

    The undersigned certifies that the foregoing document was filed
electronically in compliance with local rule CV-5-4 and General Order
45.  As such, this motion was served on all counsel who have
consented to electronic service.  Local Rule CV-5-4 and General Order
45.  Pursuant to Fed. R. Civ. P. 5(d) all other counsel of record not
deemed to have consented to electronic service were served with a
true and correct copy of the foregoing by certified mail, return
receipt requested, on this the ~~first~~ 9th day of ~~November, 2011~~ January, 2012.

7

8

                          /s/ Alexander Chen
                          ALEXANDER CHEN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION DISMISSING SONIC LIGHTING <u>4:11-CV-02036</u>(PJH)

3

1  dismiss its Amended Complaint with prejudice as against only

2  Sonic Lighting, Inc.

3

4

5
Dated: Jan. 9, 2012

6                                          RESPECTFULLY SUBMITTED

7

8                                          _____
                                           Charles R. Sutton, Esq.
9                                          CA State Bar No. 182160
                                           LAW OFFICES OF ROGER C. HSU
10                                         201 S. Lake Ave., Ste. 600
                                           Pasadena, CA 91101
11                                         Phone: (626) 792-7936
                                           Fax: (626) 685-2859
12                                         Email: arttorney@hotmail.com

13  Dated: Jan 9/2012

14                                         RESPECTFULLY SUBMITTED

15

16                                         _____
                                           Alexander Chen, Esq.
                                           CA State Bar No. 245798
17                                         INHOUSE CO. LAW FIRM
                                           7700 Irvine Center Dr., Ste. 800
18                                         Irvine, CA 92618
                                           Phone: (949) 250-1555
19                                         Fax: (714) 882-7770
                                           Email: alexc@inhouseco.com
20

21

22                                         1/12/12

23

24                       IT IS SO ORDERED

25

26                       Judge Phyllis J. Hamilton

27

28

       STIPULATION DISMISSING SONIC LIGHTING  4:11-CV-02036(PJH)

                                    2