Alexander Chen (SBN245798)
INHOUSE CO. LAW FIRM
7700 Irvine Center Dr., Ste. 800
Irvine, CA 92618
(949) 250-1555
Fax: (714) 882-7770
email: alex@inhouseco.com

Appearing for Plaintiff
Lung Sheng Ind. Co., Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNG SHENG IND. CO. LTD., a limited company in Taiwan<br><br>Plaintiffs,<br><br>v.<br><br>SPYDER, INC., a California corporation, INTEGRATED STRATEGIC RESOURCES, INC., a California, corporation, OPTION GROUP, INC., a California corporation, SONIC LIGHTING, INC., a California corporation, and DOES 1-10<br><br>Defendants. | CASE NO. 4:11-CV-02036 (PJH)<br><br>STIPULATION DISMISSING SONIC LIGHTING, INC. FROM AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between Sonic Lighting, Inc. and Lung Sheng Ind. Co. Ltd. through their respective attorneys of record that Lung Sheng Ind. Co. Ltd. may and does hereby

STIPULATION DISMISSING SONIC LIGHTING 4:11-CV-02036(PJH)

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with local rule CV-5-4 and General Order 45. As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5-4 and General Order 45. Pursuant to Fed. R. Civ. P. 5(d) all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the ~~first~~ 9th day of ~~November, 2011~~. January, 2012

/s/ Alexander Chen
ALEXANDER CHEN

STIPULATION DISMISSING SONIC LIGHTING 4:11-CV-02036(PJH)

dismiss its Amended Complaint with prejudice as against only Sonic Lighting, Inc.

Dated: Jan. 9, 2012

RESPECTFULLY SUBMITTED

*/s/ Charles R. Sutton*

Charles R. Sutton, Esq.
CA State Bar No. 182160
LAW OFFICES OF ROGER C. HSU
201 S. Lake Ave., Ste. 600
Pasadena, CA 91101
Phone: (626) 792-7936
Fax: (626) 685-2859
Email: arttorney@hotmail.com

Dated: Jan 9/2012

RESPECTFULLY SUBMITTED

*/s/ Alexander Chen*

Alexander Chen, Esq.
CA State Bar No. 245798
INHOUSE CO. LAW FIRM
7700 Irvine Center Dr., Ste. 800
Irvine, CA 92618
Phone: (949) 250-1555
Fax: (714) 882-7770
Email: alexc@inhouseco.com

1/12/12

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION DISMISSING SONIC LIGHTING    4:11-CV-02036(PJH)

2