INHOUSE CO. LAW FIRM
Alexander Chen, Esq.,
CA SBN 245798
Yard House Restaurants Bldg
7700 Irvine Center Drive, S 800
Irvine, CA 92618
Telephone:(949) 250-1555
Facsimile: (714) 882-7770
E-mail:alexc@inhouseco.com

INHOUSE CO. LAW FIRM
Ali Kamarei, Esq.,
CA SBN 175977
Knight Ridder Bldg
50 W. San Fernando S 900
San Jose, CA 95113
Telephone:(408) 918-5393
Facsimile: (408) 918-5373
E-mail:alik@inhouseco.com

ARI LAW, P.C.
Ali Aalaei, Esq.,
CA SBN 254713
22 Battery St., S 1000
San Francisco, CA 94111
Telephone:(415) 357-3600
Facsimile: (415) 357-3602

E-mail:ali@arilaw.com

Attorneys for Plaintiff,
*Lung Sheng Ind. Co, LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUNG SHENG IND. CO., LTD, a limited company in Taiwan, <br><br> Plaintiff. <br><br> v. <br><br> SPYDER, INC., a California corporation, K 2 MOTOR CORP., a California corporation, INTEGRATED STRATEGIC RESOURCES INC, a California corporation, OPTION GROUP, INC., a California corporation, SONIC LIGHTING, INC., a California corporation, and DOES 1-10. <br><br> Defendants. | Case No. 4:11-CV-02036 (PJH) <br><br> **STIPULATION DISMISSING K 2 MOTOR CORP. FROM AMENDED COMPLAINT AND LUNG SHENG IND. CO. LTD. FROM COUNTERCLAIM** <br><br> **Judge:** Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between K 2 Motor Corp. ("K2") and Lung Sheng Ind.

Co. Ltd. ("Lung Sheng") through their respective attorneys of record that Lung Sheng may and does

STIPCLATION DISMISSING K 2 MOTOR CORP. FROM AMENDED COMPLAINT AND LUNG SHENG CO. LTD. FROM
COUNTERCLAIM
4:11-CV-02036 (PJH)

1

hereby dismiss its Amended Complaint with prejudice as against only K 2, and K 2 may and does

hereby dismiss its Counterclaims with prejudice as against only Lung Sheng.

Respectfully submitted,

DATED: January 10, 2012                    By: _____

Alexander Chen, Esq.
INHOUSE CO. LAW FIRM
Knight Ridder bldg
50 W. San Fernando S 900
San Jose, CA 95113
Tel: (408) 918 5393
Fax: (408) 918 5373
email: alexc@inhouseco.com
*Attorney for Lung Sheng Ind. Co,
LTD.*

Respectfully submitted,

DATED: January 13th 2012                    By: _____

Charles C. H. Wu, Esq.
Wu & Cheung, LLP
98 Discovery
Irvine, CA 92618
Tel: (949) 251-0111
Fax: (949) 251-1588
email: cchwu@wclayers.com
*Attorney for K 2 Motor Corp.*

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2/13/12