INHOUSE CO. LAW FIRM
Alexander Chen, Esq.,
CA SBN 245798
Yard House Restaurants Bldg
7700 Irvine Center Drive, S 800
Irvine, CA 92618
Telephone:(949) 250-1555
Facsimile: (714) 882-7770
E-mail:alexc@inhouseco.com

INHOUSE CO. LAW FIRM
Ali Kamarei, Esq.,
CA SBN 175977
Knight Ridder Bldg
50 W. San Fernando S 900
San Jose, CA 95113
Telephone:(408) 918-5393
Facsimile: (408) 918-5373
E-mail:alik@inhouseco.com

ARI LAW, P.C.
Ali Aalaei, Esq.,
CA SBN 254713
22 Battery St., S 1000
San Francisco, CA 94111
Telephone:(415) 357-3600
Facsimile: (415) 357-3602
E-mail:ali@arilaw.com

Attorneys for Plaintiff,
*Lung Sheng Ind. Co, LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUNG SHENG IND. CO., LTD, a limited company in Taiwan,<br><br>Plaintiff,<br>v.<br><br>SPYDER, INC., a California corporation, K 2 MOTOR CORP., a California corporation, INTEGRATED STRATEGIC RESOURCES INC, a California corporation, OPTION GROUP, INC., a California corporation, SONIC LIGHTING, INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 4:11-CV-02036 (PJH)<br><br>**STIPULATION DISMISSING K 2 MOTOR CORP. FROM AMENDED COMPLAINT AND LUNG SHENG IND. CO. LTD. FROM COUNTERCLAIM**<br><br>**Judge:** Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between K 2 Motor Corp. ("K2") and Lung Sheng Ind. Co. Ltd. ("Lung Sheng") through their respective attorneys of record that Lung Sheng may and does

hereby dismiss its Amended Complaint with prejudice as against only K 2, and K 2 may and does hereby dismiss its Counterclaims with prejudice as against only Lung Sheng.

Respectfully submitted,

DATED: January 10, 2012     By: _____
Alexander Chen, Esq.
INHOUSE CO. LAW FIRM
Knight Ridder bldg
50 W. San Fernando S 900
San Jose, CA 95113
Tel: (408) 918 5393
Fax:(408) 918 5373
email: alexc@inhouseco.com
*Attorney for Lung Sheng Ind. Co, LTD.*

Respectfully submitted,

DATED: January 13th, 2012    By: _____
Charles C. H. Wu, Esq.
Wu & Cheung, LLP
98 Discovery
Irvine, CA 92618
Tel: (949) 251-0111
Fax: (949) 251-1588
email: cchwu@wclayers.com
*Attorney for K 2 Motor Corp.*

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2/13/12