INHOUSE CO. LAW FIRM
Alexander Chen, Esq.,
CA SBN 245798
Yard House Restaurants Bldg
7700 Irvine Center Drive, S 800
Irvine, CA 92618
Telephone:(949) 250-1555
Facsimile: (714) 882-7770
E-mail:alexc@inhouseco.com

INHOUSE CO. LAW FIRM
Ali Kamarei, Esq.,
CA SBN 175977
Knight Ridder Bldg
50 W. San Fernando S 900
San Jose, CA 95113
Telephone:(408) 918-5393
Facsimile: (408) 918-5373
E-mail:alik@inhouseco.com

ARI LAW, P.C.
Ali Aalaei, Esq.,
CA SBN 254713
22 Battery St., S 1000
San Francisco, CA 94111
Telephone:(415) 357-3600
Facsimile: (415) 357-3602
E-mail:ali@arilaw.com

Attorneys for Plaintiff,
*Lung Sheng Ind. Co, LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUNG SHENG IND. CO., LTD, a limited company in Taiwan,<br><br>Plaintiff.<br>v.<br><br>SPYDER, INC., a California corporation, K 2 MOTOR CORP., a California corporation, INTEGRATED STRATEGIC RESOURCES INC, a California corporation, OPTION GROUP, INC., a California corporation, SONIC LIGHTING, INC., a California corporation, and DOES 1-10.<br><br>Defendants. | Case No. 4:11-CV-02036 (PJH)<br><br>**STIPULATION DISMISSING OPTION GROUP, INC., FROM AMENDED COMPLAINT**<br><br>**Judge:** Hon. Phyllis J. Hamilton |

//

//

//

IT IS HEREBY STIPULATED by and between Option Group, Inc., and Lung Sheng Ind. Co. Ltd. through their respective attorneys of record that Lung Sheng Ind. Co. Ltd. may and does hereby dismiss its Amended Complaint with prejudice as against Option Group, Inc.

Respectfully submitted,

DATED: March 15, 2012    By: _____
Alexander Chen, Esq.
INHOUSE CO. LAW FIRM
Knight Ridder bldg
50 W. San Fernando S 900
San Jose, CA 95113
Tel: (408) 918 5393
Fax:(408) 918 5373
email: alexc@inhouseco.com
*Attorney for Lung Sheng Ind. Co, LTD.*

Respectfully submitted,

DATED: March __, 2012    By: _____
Dobbin Lo, Esq.
Law Office of Dobbin Lo
2440 S. Hacienda Blvd., Ste. 103
Hacienda Heights, CA 91745
Tel: (626) 282-8100
Fax: (949) 336-5222
email: dobbinlo@gmail.com
*Attorney for Option Group, Inc.*

IT IS HEREBY STIPULATED by and between Option Group, Inc., and Lung Sheng Ind. Co. Ltd. through their respective attorneys of record that Lung Sheng Ind. Co. Ltd. may and does hereby dismiss its Amended Complaint with prejudice as against Option Group, Inc.

Respectfully submitted,

DATED: March ___, 2012                By: _____
Alexander Chen, Esq.
INHOUSE CO. LAW FIRM
Knight Ridder bldg
50 W. San Fernando S 900
San Jose, CA 95113
Tel: (408) 918 5393
Fax: (408) 918 5373
email: alexc@inhouseco.com
*Attorney for Lung Sheng Ind. Co, LTD.*

Respectfully submitted,

DATED: March 14, 2012                By: _____
Dobbin Lo, Esq.
Law Office of Dobbin Lo
2440 S. Hacienda Blvd., Ste. 103
Hacienda Heights, CA 91745
Tel: (626) 282-8100
Fax: (949) 336-5222
email: dobbinlo@gmail.com
*Attorney for Option Group, Inc.*



4/25/12

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION DISMISSING OPTION GROUP, INC., FROM AMENDED COMPLAINT
4:11-CV-02036 (PJH)                2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5-4 and General Order 45. As such, this stipulation was served on all counsel as they have all consented to electronic service. Local Rule CV-5-4 and General Order 45.

/s/ Alexander Chen
ALEXANDER CHEN